UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**BALENDA GROVES,**

        **Plaintiff,**

   v.

**ULTRA Cs, LLC and NATHAN HUFNAGLE**

        **Defendant.**

Case No. 2:20-cv-3588
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

## OPINION AND ORDER

This matter is before the Court on the Parties' Joint Motion for Approval of FLSA Settlement and for Entry of Order of Dismissal. (ECF No. 17.) The Court has reviewed the Settlement Agreement and General Release and concludes that it is fair and reasonable. The Parties' motion to approve the settlement agreement is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorney's fees. The Court retains jurisdiction to enforce the terms of the settlement.

    IT IS SO ORDERED.

**4/2/2021**                                                                        s/Edmund A. Sargus, Jr.
**DATE**                                                                     **EDMUND A. SARGUS, JR.**
                                                                              **UNITED STATES DISTRICT JUDGE**